■ WILLIAM H. HUTCHINSON, Plaintiff, v. ROCHESTER GAS & ELECTRIC CORPORATION, Defendant and Third-Party Plaintiff-Respondent. WILLIAM A. CURTIS CORPORATION, Third-Party Defendant-Appellant. — Order affirmed, with $10 costs and disbursements. All concur. (Appeal from an order of Monroe Special Term, denying a motion by the third-party defendant to dismiss the third-party complaint.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. EDWARD A. BOEHM and FRITZ BOEHM, Respondents. — Order affirmed. All concur. (Appeal from an order of Erie Special Term granting defendants' motion for a writ of error *coram nobis* to set aside judgments convicting defendants of the crime of attempted robbery, and directing that defendants be produced for arraignment.) Present — Vaughan, J. P., Kimball, Williams, Bastow and Goldman, JJ.